IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RANDY CHARLTON, | ) | CASE NO. 1:07 CV 35 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| MAGGIE BEIGHTLER, WARDEN, | ) | Magistrate Judge Limbert |
| | ) | |
| Respondent. | ) | **ORDER** |

For the reasons stated in the attached Memorandum Opinion, the Joint Motion to Dismiss Habeas Corpus Proceedings as Moot (Docket #20) filed by the Parties is hereby GRANTED. Mr. Charlton's Petition for Writ of Habeas Corpus (Docket #1) is hereby DISMISSED as it is MOOT. This case is hereby terminated.

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: _December 14, 2007_